IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, for the use
and benefit of RICHARD MOORE,

      Plaintiff,                                        No. CIV S-11-2940 KJM GGH

   vs.

T.B. PENICK & SONS, INC., et al.,

      Defendants.
                                        /

UNITED STATES OF AMERICA, for the use and
benefit of DURAN & VENABLES, INC.,

      Plaintiff,                                        No. CIV S-11-2973 MCE JFM

   vs.

SAFECO INSURANCE COMPANY, et al.,

      Defendants.
                                        /

        Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the

1  assignment of these matters to the same judge is likely to effect a substantial savings of judicial
2  effort and is likely to be convenient for the parties.
3        The parties should be aware that relating cases under Rule 123 causes the actions
4  to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
5  cases are generally assigned to the judge and magistrate judge to whom the first filed action was
6  assigned.
7        As a result, it is hereby ORDERED that CIV S-11-2973, is reassigned from Judge
8  Morrison C. England to the undersigned and from Magistrate Judge John F. Moulds to
9  Magistrate Judge Gregory G. Hollows.  Henceforth, the caption on documents filed in this
10 reassigned case shall be shown as: CIV S-11-2973 KJM GGH.
11       It is further ORDERED that the Clerk of the Court make appropriate adjustment
12 in the assignment of civil cases to compensate for this reassignment.
13       IT IS SO ORDERED.
14 DATED: May 10, 2012.

_____
UNITED STATES DISTRICT JUDGE

2