UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of RICHARD B. MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>T.B. PENICK AND SONS, INC, et al.,<br><br>    Defendants._____/ | NO. 2:11-cv-02940 KJM GGH<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

      On April 26, 2012, the undersigned conducted a scheduling conference. Scheduling the instant case was complicated by the fact that the parties believe there is a related case pending in this district involving the same general contractor and insurance company, but a different subcontractor. (Duran & Venables v. Safeco Ins. Co, et al., Case No. 2:11-cv-02973 MCE JFM). The potentially related case has been set for settlement conference before the Honorable Kendall J. Newman for July 31, 2012. It is likely that this case and the referenced related case will be related.

      The parties in this case have also expressed a desire to proceed to settlement conference if a soon-to-be scheduled mediation is not successful. Rather than schedule the entire case at this point, which might have to be rescheduled in the event the cases are related, the undersigned will order the parties in this case to appear and participate in the scheduled July 31 settlement conference if this case has not already resolved.

\\\\\

1       Accordingly, a settlement conference in this case is set before Judge Newman for July 31, 2012 at 9:00 a.m. in Courtroom 25. The parties shall prepare and participate in that conference in accordance with E.D. Cal. L. R. 270(f). Settlement statements shall be submitted to Judge Newman no later than one week prior to the conference. See E.D. Cal. L.R. 270(d).

DATED: May 10, 2012

          /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE